THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* KENNETH EURICH, Appellant.

Submitted January 7, 1952; decided January 10, 1952.

Motion to amend remittitur denied.  [See 303 N. Y. 723.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN F. MILLER, Appellant.

Submitted January 7, 1952; decided January 10, 1952.

*Frank A. Gulotta, District Attorney (Henry P. De Vine* of counsel), for motion to dismiss appeal.

*Dennis M. Breen, Jr.,* opposed.

Motion denied and case set down for argument during the February, 1952, session of the Court of Appeals.